IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN THE MATTER OF THE SEARCH OF A A SILVER APPLE IPHONE MODEL 6S AND A WHITE APPLE IPHONE MODEL 7 PLUS WITH A ROSE GOLD BACK | No. 17-MJ-4041 |
|---|---|

## ORDER

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 24th day of March 2017.

Alistair Newbern
United States Magistrate Judge